UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **DANNY ALLEN,** <br> **TDCJ No. 02436332,** <br><br> Petitioner, <br><br> v. <br><br> **ERIC GUERRERO, Director,** <br> **Texas Department of Criminal Justice,** <br> **Correctional Institutions Division,** <br><br> Respondent. | § § § § § § § § § § § § § § | **CIVIL NO. SA-26-CA-0163-XR** |

**DEFICIENCY ORDER**

Before the Court are *pro se* Petitioner Danny Allen's applications to proceed *in forma pauperis* ("IFP"). (ECF Nos. 6 and 7). Petitioner's applications are both deficient in that Petitioner failed to include a recent six-month history of his inmate trust fund account with either application.

It is therefore **ORDERED** that, **within twenty (20) days of the filing of this Order**, Petitioner must submit to the Court either the required filing fee of $5.00 or a new completed application, along with his current institutional trust fund account statement showing deposits and balances to Petitioner's institutional account for the previous six months. A TDCJ trust fund account statement should be provided to Petitioner by the law library at the unit where Petitioner is incarcerated. **The Clerk of the Court is directed to again forward Petitioner this Court's standard IFP application**.

It is further **ORDERED** that Petitioner's applications to proceed IFP (ECF Nos. 6 and 7) are **DISMISSED WITHOUT PREJUDICE** to filing a properly supported IFP application.

Petitioner is again warned that a failure to comply with the Court's order may result in a dismissal for want of prosecution.

It is so **ORDERED**.

**SIGNED** this 11th day of February, 2026.

_____
XAVIER RODRIGUEZ

UNITED STATES DISTRICT JUDGE